**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 30, 2020

**VIA ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> 7/1/2020
> The Federal Defenders are releived as counsel, and on duty CJA counsel, Louis Freeman, is appointed *nunc pro tunc* 7/1/2020. SO ORDERED.
>
> /s/ Paul A. Crotty

Re:   **United States v. Miguel Moore**, 15 Cr. 581(PAC)

Dear Judge Crotty:

    I write on behalf of Miguel Moore to request that the Court appoint an attorney from the CJA panel to represent Mr. Moore on his pending violation of supervised release. My office has a conflict and cannot represent Mr. Moore on the violation.

    Mr. Moore currently is being housed at the Westchester County Jail based on the state charges that underlie the violation. A detainer has been filed based on the Federal violation of supervised release. His state court lawyer has reached out because coordination is necessary between both his state and federal counsel. As the Court knows, in light of restrictions imposed on legal visits due to the pandemic, communicating with a client in custody is extremely difficult. To that end, I respectfully request that the Court appoint today's CJA attorney on duty so that they can begin their attorney-client relationship with Mr. Moore. In the alternative, I respectfully request that the Court schedule Mr. Moore's presentment on the violation of supervised release remotely so that counsel may be appointed forthwith.

    I thank you for your time and attention to this matter.

Respectfully Submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
212-417-8732

cc:   AUSA Frank Balsamello