# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER*<br>LEE A. GINSBERG | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038 |
| NADJIA LIMANI<br>OF COUNSEL | (212) 608-0808<br>TELECOPIER (212) 962-9696 |
| CHARLENE RAMOS<br>OFFICE MANAGER | |

October 22, 2020

> 10/23/2020
> The U.S. Marshals are directed to transport Mr. Moore from the NDNY to the SDNY by Tuesday morning on October 27, 2020 and present him before the Magistrate Judge for an arraignment and bail hearing.
> SO ORDERED.
>
> /s/ Paul A. Crotty

**BY ECF**
Hon. Paul A. Crotty
U.S. District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: **United States v. Miguel Moore**
    15 CR 581 (PAC)

Dear Judge Crotty:

   I represent Miguel Moore and write on his behalf to give the court a status update and to request a date be set for the violation of supervised release ("VOSR") hearing that is pending before the court. As the court will recall Mr. Moore appeared remotely on October 5, 2020 from the New York State Department of Corrections, two days before his release from state custody, where he was serving a five-month parole violation based on the same facts that underlie the federal supervised release violation. It was understood by all parties including the court that when Mr. Moore was released on October 7, 2020- and he was – he would be produced in SDNY within a day or two.

   I subsequently learned that rather than be produced in the SDNY, Mr. Moore was produced in the NDNY where he was presented before a Magistrate Judge. Then, rather than be transported to the SDNY for an arraignment and a bail hearing on the specifications in the supervised released violation Mr. Moore remained at the Albany County Jail for a 14 day quarantine which concluded on Tuesday, October 20, 2020. Counsel just confirmed he is still in Albany as of 3:30 p.m. today.

   Based on the above information, we request that a court date be set for the arraignment and bail application on the VOSR. Setting a date will ensure that Mr. Moore has a court date and that the Marshals Service picks Mr. Moore up in time for that date. ==Counsel requests that the court set the matter for the afternoon of October 27, 2020 or anytime on October 28, 2020 and that the court issue an order directing the U.S. Marshals to produce Mr. Moore in the SDNY at the specific date and time set by the court.==

                                              Respectfully submitted,
                                              /S/ Louis M. Freeman
                                              Louis M. Freeman