UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**TELECONFERENCE**

-v-

15 cr 581

*Miguel Moore*       Defendant(s).
------------------------------------------------------------------X

Defendant _*M. Moore*_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

_✓_     Bail/Revocation/Detention Hearing

_✓_     Status and/or Scheduling Conference

\_\_\_     Felony Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_MIGUEL Moore_
Print Defendant's Name

_____
Defense Counsel's Signature

_Louis M. Freeman_
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 28, 2020
____
Date

_____
U.S. Magistrate Judge – GABRIEL W. GORENSTEIN