March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

MIGUEL MOORE,
               Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

15 -CR- 581   (PAC)

Defendant _____Miguel Moore_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing/ VOSR Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____[signature]_____ for Miguel Moore
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____[signature]_____
Defense Counsel's Signature

Michael Moore
Print Defendant's Name

Louis M. Freeman
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/16/20
Date

_____[signature] Paul A. Crotty_____
U.S. District Judge/U.S. Magistrate Judge