UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGUEL MOORE,<br><br>Defendant. | 15-CR-581 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 6, 2024, Defendant Miguel Moore refused to be transported to court for his arraignment on an alleged violation of supervised release. On September 25, 2024, he again refused transport. Should Mr. Moore refuse transport on any future occasions, the Court will issue a force order. *See, e.g.*, *Ramos v. Racette*, No. 11-CV-1412, 2012 WL 12924, at *24 (E.D.N.Y. Jan. 4, 2012), *aff'd*, 726 F.3d 284 (2d Cir. 2013).

The arraignment is hereby rescheduled for October 2, 2024 at 2:30 p.m.

Mr. Moore's counsel is directed to advise Mr. Moore that if he refuses transport to court on October 2, 2024 or any other date, he will be brought to court by force.

SO ORDERED.

Dated:   September 25, 2024
         New York, New York

                                                    _____
                                                    Hon. Ronnie Abrams
                                                    United States District Judge